IRWIN K. GIRDEN, RESPONDENT, v. ANDREW THOMPSON ET AL., APPELLANT.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondent, *John N. Platoff*.

For the appellants, *Collins & Corbin*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.